UNITED STATES DISTRICT COURT OF ILLINOIS
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION **RECEIVED**

Jamell Malone
AKA
IMMANUEL

**SEP 08 2023** | 69

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

VS

Ca

1:23-cv-08188
Judge Steven C. Seeger
Magistrate Judge Sheila M. Finnegan
Random Assignment

SMITHSONIAN
BUREAU OF INDIAN AFFAIRS
DEPARTMENT OF JUSTICE
GENERAL SERVICES ADMINISTRATION
ILLINOIS ARCHAEOLOGY SURVEY (ISAS)
NATIONAL PARK SERVICE
NATIONAL ARCHIVES AND RECORDS ADMINISTRATION
NATIONAL TRUST for HISTORIC PRESERVATION
ILLINOIS DEPARMENT OF NATURAL RESOURCES
ILLINOIS STATE GEOLOGICAL SURVEY
ILLINOIS STATE WATER SURVEY
ILLINOIS SUSTAINABLE TECHNOLOGY CENTER
ILLINOIS NATIONAL HISTORY SURVEY
ILLINOIS STATE MUSEUM
SOCIETY for AMERICAN ARCHAEOLOGY

25 USC INDIAN
1946 FICA ACT
CIVILS RIGHTS ACT OF 1968

2

I. **Plaintiff(s):**

A. Name: Jamell O Malone

B. List all aliases: EMMANUEL / CHRIST

C. Prisoner identification number: _____

D. Place of present confinement: _____

E. Address: PO BOX 29194 CHICAGO, IL 60629

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: ILLINOIS ARCHAEOLOGY SURVEY

Title: _____

Place of Employment: _____

B. Defendant ILLINOIS STATE MUSEUM

Title: _____

Place of Employment: _____

C. Defendant: BUREAU OF INDIAN AFFAIRS

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Jamell Mulone
   AKA
EMMANUEL (IMMANYAHEL)
   CHRIST

Case
No:

VS

ILLINOIS ARCHAEOLOGY SURVEY
ILLINOIS STATE MUSEUM.
SMITHSONIAN
NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

AS I come into my FATHER of Heaven's Glory,
I would like to show that my bloodline is of the seed of
David. My inheritance and my people all over, inheritance
was hijacked and intellectual property stolen. CANADA,
which is the land of Canaan, is the oldest land
by rocks called Acasta Gneiss, in the world. The place
where the oldes Rocks are is the Biblical GARDEN OF
Eden where Eve and ADAM were created. In Florida
and southwestern Georgia, the gopher tree called
torreya taxifolia, is the biblical gopher tree Noah used
for the Ark of Covenant. Methusaleh Enoch is from
North Carolina. The oldest waters are also found in
Canada at Kidd Creek Mine that is 1 billion years old.
Since the Acasta Genesis (Gneiss) rocks are 4.2 billion
years old, it is 3.6 billion years older than the land
of so called ISRAEL of today. The land of Ethiopia
is about 800 million years old and the Congo is
oldest at around 3.4 billion years old. My favorite Flower
is the passion Flower. The Zion National Park and Yosemite
is another giveaway that this land is the Biblical land
that was stolen. Zion. Colorado, is a foothill City inside
Zion National park. The concerns that many have around the

world is why did the strudgue of Jewish lie about being burnished bronze and steal my and others biblical birthrights? The answers were our enemies envied many things and this land and other lands were the reason as we had beautiful gardens where ever my people lived. Haile Selassie, was also apart of my lineage through Queen of Sheba, Arabian Princess. and Solomon, Most importantly one man name Dr. Martin Luther King Jr. was also apart of Royal bloodline of David seed as well. I often times see where other great leaders who I will name later were also assassinated who were of the seed of the Royal bloodline. I have many emotions as I was targeted until Yah, my Father in heaven came to me and showed me that to go forth and save his people and the Gentiles that believe. I often see that my people are denied all over the world in the lands where the grew and shared crops. Thanksgiving was not a holiday that began when the so called white man came to America, but was apart of the Feast of Tabernacles where we would gather our crops from the fields and cook them as well as eat fruit harvest around fall time. we invited the so called white man, to a Feast as the Copper Color People are the people of these lands and all around the world. The people that the government calls black, are copper colored or burnished bronze. Black means without color and brown has a frequency. The so-called white man is not white but a light, very light brown.

The Wabansee Stone is of my bloodline features and not Chief Wabansee image the show. The same place KingTut, was found down in Southern Illinois. King Tut

is me. I have two daughters and have a blow to the head. Also have a bone disease like he had. I came back to defend my throne and name. Corn wine and oil is all throughout the bible. Indian Corn and Muscadine grapes are found throughout the Americas. The Jewel Flower is the mustard seed plant that was spoken of in the new testament. When the Department of Justice let the King of the Gypsies, Edom, King Pasha have my belongings and my family, this led to alot of betrayal and lost of cultural identity. The Colombian World Fairs is where many of my items and others were sold to all others.

Many Negroes were lied to because of the governments to cover up this being the biblical land of Israel in America. The Mississippi Rivers once was connected and is still connected to some of the tributaries they divided. It once was the biggest and longest river in the world before being invaded and polluted.

Many like Larry Hoover and Jeff Fort family were from Mississippi and family were Chiefs and Farmers. If their families land was not stolen and the Indians never betrayed, imagine what they might could have been instead of freed upon that they all came on a slave ship. The Cahokia mounds artifacts validates Negroes before they claim.

This by no means meant any gang affiliations but the truth shall be made known in court and the streets.

Islam is not from these lands and I am asking this government to not allow them in on my inheritance. This is a Christian Nation and my birthright denies them. All snowflakes are six point hexagon ice crystals at 22° like my date of birth. There are no five point snowflakes coming down from heaven. Crystal are also hexagonal in form. The SouthEastern Mississippian artifacts and Culture knew them not. Their are many artifacts on these land that had crosses before they say and the reason is there was snowflakes called crosses. It was four directions and four corners. that are cardinal points

Last, I can prove that all my grandparents and parents are once again my proof of biblical birthright as their names are once again named the same from over a thousands of years. The meaning of their names and zodiac star signs in the Heavens also proves that I am the heir and my people are the Divine inheritors. My grandparents were not illegals or migrants, and definitely not foreigners, but a holy people who were the rulers of these lands before the Catholics, Jewish synagogues, Gypsies, Moors, Muslims, etc all stole the Christian Bibles and lied on the Indians of

the GARDEN of Eden (Edeans/Indians). To wipe away prophecy they decided to have everyone bring spirits that my Fore Fathers knew not which are Islam, Tarot Card readers, psychics, idol worshippers, satanists, Luciferians, porn networks, child molesters, Rapists, Fake Christianity of all kinds and sects, Sorcerers (Pharmacists), trans humanism, etc. All these spirits have came into these lands and now every Demonic spirit is hoovering in every dimension. This was only allowed because of my wicked ancestors who married others outside of Yah's/Jah's Covenant and started to marry witch doctors and Atheists. I had a 144,000 chosen ones, but after the betrayal by many, I will reselect the 144,000 based off the heart and their works. I do not like cowards or those who do not give to the poor. As of today Sept 6, 2023, I have given my heart and soul to keep out any influencers of drugs users and addicts from out this GARDEN. I also know the cure to all diseases and if by my Heavenly's Father Glory, I can help save millions but with the demons of all colors and creed in Congress, Senate, mayors of big and small cities, promoting that I and my people the Indians (Copper Color People/ burnished Bronze people) came on a slave ship, it has caused us a great deal of who we are as a people.

After many Pan Africanists and foreigners, knew the truth of the Indians, they chose to intimidate and threaten me and others to say the Mayans and Mississippian Culture Negroes came from them on a slave ship, which is blasphemous. The letter J has always been in existence as it is the Shepherd's Crook Cane for sheep flocks. Its also seen inside the Grand Canyon. I would like for the American Indian Christians lands and birthrights be restored. Before this was an America, it was the Garden of Eden. Three Foods and crops many use today came from these lands and was stolen by many nation of thieves. Also, many of my family were shipped to all other continents. I can help my people but many tribes are making sure my family in distant land also grow hungry and die. Many Gentiles who has learned the truth have repented and I forgive those who have given back in love.

Most who say "Lord, Lord", are not of me. They will not give back or help the homeless or those in need. I am not a selfish person and anyone with those qualities have their reward with another Messiah, which is Lucifer. For if I was many Lord, I wouldn't be financially hindered on my own and and not supported judicially to save my people. No excuses.

All businesses and money made from this land belongs to me through my Heavenly Father's Yah/Jah name. IF many are of me that are churches, whether a temple or online, there should not be a hungry person or helpless person. The last shall be first, first shall be last. If the body can't come together for that, how shall a kingdom stand?

All Muslim businesses in the Garden of Eden must cease and the rightful God of the Bible and my ancestors shall take their place as their institutions are witchcraft. It snow six point snowflakes, six colors of the rainbows, and crystals are hexagonal in nature. None are five pointed pentagrams. For they have not repented and decided that the Garden of Eden is theirs and before Yah give them this land, he will destroy it. That's a promise. Anyone no matter what skin color they are that are for any and everything in this land is not from my forefathers and are impostors or Yah. If the Garden of Eden is defiled so shall the world be defiled. I have watched every one and this court knows the abuse I endured at the hands of many Satanic Free masons

and government agencies. The LGBTQ community has brought alot of spirits to the land and their parades are not of the origin of man and woman. I have seen enough and if my Creator created Man and wombman, do not force that transhumanism on these lands. For I came to bring the sword of Justice and Truth and willing to stand by Heaven and Earth on that. All the Major news networks and local all knew of my coming and have denied my people their and my birthright in support of foreigners who want to wipe my people out and away. Before this happens we will no longer be quiet for them to give our homeland away. I have a solar plexus in the middle of my Hand and the only oath I can swear by is Heaven and Earth of Yah/Jah, our Creator and Heavenly Father. For if I name my 144,000 they will try to persecute them and so I was persecuted for all that life may be Fulfilled by Yah.

All nations where churches are present in my name shall give to the poor and create righteous business of no thieves and liars. If those who have used my name to receive wealth by ill gotten gain for themselves, shall go to prison and all my wrath forfeited to the righteous to feed and clothe all my people,

INDIANS were HEALERS and did not use sorcery medicines until they invaded these lands and gave my people diseases to control them. We also knew not to burn gases in the atmosphere that will destroy and kill every one by wildfires, water pollution, and bringing comets of sulfur and brimstone into the earth. The trees that are losed were the reason why Yah didn't want everyone in the GARDEN of EDEN because thay don't appreciate what he created. Jobs are not more important than his land, people, and commandments.

 Many celebrities have decided to bring in they Do "As Thou Wilt" on these lands because they have Billions or millions, but I curse them to be out of these lands along with their followers. We and our ancestors sung hymns to Yah and are a holy people. I dont care who they are, they have not loved Yah and idol worshippers. All music came from the CHRISTIAN CHURCH AND YAH'S people. INDIANS, HEBREWS, NUBIANS, etc are some of the bloodlines and will receive my inheritance as Christians through Christ.

 The Bible is a contract and a covenant of a spiritual agreement. The Bible is a contract between God (YAH/JAH) and my ancestors DAVID on The covenant of CHRIST is a seal that cant be broken. It's forever. Marriage is a covenant with God with agreements. I am challenging the tribal courts assertion of civil jurisdiction in federal court.

The Indian way of life is trampled upon.
We grew our own Cannabis that was found in
Ohio Mound over 1,000 yrs ago. We grew our own
food and our trees were very important as
when a loved one was buried, they were
buried under a tree they planted or ancestors
land. Our lands were taken and we were called
everything else while the 45 Native Americans, act
like they have Negroid bones and do not. This
is treason of God's holy people. Our Gold,
crystals, land resources, rivers, animals, crops,
are all stolen and the people have come to
join political parties to make sure we are
no more. My family from these lands and others
are waiting on my return and to steal, kill,
and destroy the Earth with lies only fuels
Yah's wrath and judgement. I would announce
the bloodline to those willing to change for righteousness
and repent from the sins. A divine corporation is not
a birthright of Yah, but are of thieves who want this
land and to keep Yah's children enslaved with lies.
     The World Health Organization are enemies of mines
and are demonic. I would like to challenge them and
make sure they know that "I AM THAT I AM".

IV. STATEMENT OF CLAIM

The Indian Appropriations Act of 1871, declared (A)
the Indigenous People were no longer considered
members of "sovereign nations" and no treaties
could be established by the US government. The
Dawes Act of 1887, allowed Native Americans (B)
to break up reservation lands and tribal individuals
be provided with an allotment to be parcel out,
vocational training, education, and divine intervention.
Each Native American family was given land
that totaled 320 acres and 160 acres of farmland.

US President BARACK OBAMA on December 16, 2010, (C)
Thursday, endorsed UN. declaration to recognize
the rights of indigenous groups, like the Culture,
art, spiritual practices, and self respect.

In 1974 or 1975, the body of a PALEO INDIAN
woman named LUZIA was found in Brazil. Her skull
was of Negroid people and not Amerindian or
Native American, which both of the latter have (D)
mongoloid/Siberian similar skulls. It is well
documented that LUZIA is related to the Clovis
PALEO INDIANS of North America. It also is well (E)
known that 40 other bodies were found near Luzia, or more,
that are the PALEO INDIANS. The Chinchorro
mummies als have the same genetics as the CLOVIS
as well. The Art inside the GRAND CANYON, MISSISSIPPIAN MOUND
CULTURE, MAMMOTH CAVE, CENTRAL AND SOUTH AMERICA, all shows
Dark coppered colored Negroids. THE MOCHE, MAYANS, CLOVIS
comes from the OLD WORLD. (NY TIMES.com) (BY LARRY ROHTER)
                                         october 26, 1999.

1

The Jewish people have culture appropriated my blood line (G)
and are not biblically the people of the Holy Book. (Archives.com)
The city of ZION is in ZION, COLORADO (H) and ZION
NATIONAL PARK (I) is easternmost two hills in Jerusalem (2 Samuel
5:7), Zion National Park is that Stronghold of the City of
Zion. (J) (www.biblehub.com)
Noah's Ark was made up of Gopherwood (6:14 Genesis) (K)!
Gopher wood trees is only found in the Americas. The
state of Florida contains these only. (K2)
Queen ROYAL PALM TREE OF FLORIDA in Egyptian Ancient Art (K3)
The Joshua Trees are also the biblical trees Joshua saw. (L)

To Semite is a name from Semitic origin. (M)
the BOOK OF KINGS (N) was based on my people from the Kings River (P)
areas in America. (O) Death Valley is the hottest place on Earth (P)
Proving this is the East and travels west to CHINA the hottest
second place.
The Arabs people have culture appropriated my blood line and artifacts
of Tut and other Pharoahs. In 1909, An ancient Egyptian city
was found with gold artifacts. (Q) For many years they have a
piece of art that is actually inside the GRAND CANYON, and not
Egypt in the middle East. There were 2000 Israelite or
Egyptian mummies found in Kentucky Mammoth Cave in Lexington
Kentucky around 1853. (R) These mummies were more than likely shipped
to foreign accounts to conceal being legit tomb robbers. The
oldest mummy in the world is from Nevada which was found
in 1940. (S) These objects and artifacts were under majority
of the Smithsonian and U.S. Immigration and Customs
Enforcement (ICE) Homeland Security. In 1970, UNESCO
adopted a Convention signed by 131 countries preventing
and prohibiting and preventing the Illicit Import, Export,
or transfer of ownership of Cultural Property. These
things were deliberately and maliciously stolen and
smuggled out knowing. (T) The Anubis dog (U) is the
Xolo mexican dog (U1) and not the pharoah hound (U2) Xolo
dog is indigenous to this land. 2

MANY OF the Blackamoore's jewelry pieces are from America (V1) as well. A few pieces are embedded with the Western and Eastern Diamond back Snakes. (V2) Many ancient or pictures from 1671 Library of Congress, shows Muteczuma with castles and Moore style. (W) There were many mason brick castles and pyramids around the Americas, and some. (X) still present while others are under water (Y) or destroyed.

The Sphink and the One eye of Horus is the one eyed Sphink moth. (Z) Many other evidence proves these lands to be more ancient. The crops and trees like sweet potato, potatoes, tomatoes, corn, cocoa, beans squash, vanilla, strawberries, muscadine grapes, quinoa, wildrice, etc are all in every nation proving this world as ancient and identity stolen on every aspect of a DIVine people. The Patrimony Act of 1983. gave Egyptian has stolen people who is not their belongings.

By the words of Heaven and Earth, this spiritual land is not for sale to perpetrators. My blood/me from David is personal and not for sale. The Jewel's are us and the synagogue of Satan, are the Jews, without the "el" on the end. Jewel Cave (AA) and other places is why the pieces found in Americas had many precious stones. I know this to be a fact (BB) as the jewel Flowers, like tehipik jewel Flower, named after (DD) Tamar Tephi and Tea Tephi, Zedekiah's princesses of Judah from Tehipik Valley (CC) in America. If ye have faith as a grain of a mustard seed (matthew 17:20) The mustard plant in the middle (DD) East Israel mustard plant is not called jewel Flower, like this (EE) land. After KANYE and KYRIE, and NICK CANNON was banned and forced to apologize, I will not spare the accusers who are synagoges of Satan. (FF)

Apollo Veil is also of my ancestry along with other Greeks. Buddha is in the Grand Canyon and has a (HH) Flame behind him. This Flame is the Sagebush (II) which Buddha Sages were known to bring peace. and purify the air. Buddha was also a Negro too!

With all the Negro art on Mayan pyramids and other places, the proof is that my and our people Identity, land, culture, precious metals and stone, art, trees and flowers, are systematically and forced against their will based off skin color rather than being the Paleo Indians and not the Indians. We were before them. The Ancient Phoenician Paleo Hebrews writings is the oldest written language. The Bat Creek (KK) stone and Los Lunas stones along with ancient petroglyphs is evident of this, the writings and the people on the (KK2) wall do not lie. like the BOOK OF DANIEL tells us. (KK3) This is the GARDEN OF GODS, EDEN LAND. (L)

The Shakopee Mdewakanton Indians who are the wealthiest of the Native American Tribes has an unemployment rate of over 99%. they own casinos. Alone in 2012, one member confirmed $1.08 million dollar payments each member of their tribe receives in payments. This generational wealth was stolen from the Paleo Indians and given to actresses and impostors. In the New York Times article on August 9, 2012, by Timothy Williams, mentioned 25 yrs of business of this casino and they were allowed to lift thousands of their people property on my land of America. Meanwhile, the true Paleo Indians were denied access at the whim of race, class, and skin color.

Tribal facilities does not pay taxes to the state because of their so called sovereignty they had in 2012, two tribal casinos, championship gulf courses, big name concert acts, ballroom hotel and other businesses.

This massive wealth allowed the Shakopee tribe to give charitable contributions in 2010. 28 million to several companies, including 3 M corporations (2010 revenue of $23 billion) and Bank corp whose revenue was 19.5 million in 2012 according to data by Minnesota Council Foundation.

Shakopee reservation has mansions sized homes. Many own other large houses off the reservation, have private schools for their children. They have the luxurious life of the Negro Cowboys who are Paleo Indians of thorough breeding, hunting, and going to lavish trips for months. They even boasts about their children not needing to work due to the generational wealth.

In 1946, 1.3 Billion dollars was paid by the U.S. Government to Native Americans as the first year of payments until current.

On March 6, 2021, senate passed the largest investment programs in history. $31.2 Billion was helped secured by US Senator Brian Schatz (D Hawaii) chairman of Senate Committee on Indian Affairs. This was given to them for economic recovery.

On November 30, 2022, U.S. PRESIDENT JOE BIDEN addressed the WHITE HOUSE TRIBAL NATIONS SUMMIT at the Interior Department in Washington said, "I'm committed to protecting this sacred place that is central to the creation story of so many tribes that are here today" (Reuters.com) (By Andrea Shalal, Valerie Volcovici, and Jeff Mason). Biden provided nearly 46 Billion in funding to tribal communities and Native Americans. The INTERIOR DEPARTMENT also awarded $115 million to 11 tribes and $25 million to Alaskan/Quinault Nation to help relocate them to safer grounds.
SBA, Small Business Association announced plans to boost access to capital opportunities.
The ENERGY DEPARTMENT plans to increase Federal agencies use of tribal energy. Under 2005 law that was unused for 17 years.
said, "I made a commitment my administration would prioritize respect nation to nation relationships." The original Aborigines/Aboriginals/

INDIGENOUS/INDIANS was not allowed their sovereignty, culture, lands, waters, Fisheries and other resources valuable to my people. They administration worked to deploy electric vehicle infrastructure in tribal lands, prioritizing and replacements of diesel school buses with low of zero emission school buses, and help tribes buy of lease EV Fleet vehicles for their tribe. The INTERIOR DepARTMENT set a award to 75% of contract monies to Native American businesses, plus a new Indian Health Service mark of 20% of purchases. This will help boost millions of dollars to tribal businesses and lands. A 10 year plan was put into place to revitalize Native American languages. Ancient PABLEO HEBREW is the oldest writings and has been forcefully robbed us of the way we communicate and talk. The BAT CREEK STONE is proof.

On March 28, 2022, the 32 million in Tribal Public Safety and Justice. On September 21, 2022, $246 million in grants were given to Native Communities. (www.justice.gov)
On December 2, 2022, Indigenous Tribes in U.S. Will Get $75 Million For Climate Relocation.
On February 28, 2022, the tribe received 1.7 Billion From U.S. PRESIDENT JOE BIDEN For a Bipartisan agreement with INDIANS over Water Settlement rights.
On November 30, 2022, BIDEN-HARRIS made $135 million Agreement to support relocations and tribal communities affected by climate changes. Meanwhile, I was born and raised in one of the most polluted communities (ALTGELD GARDENS; a housing public by CHA).
On September 21, 2022, $246 million was awarded by The Justice Department to American Indian and Alaska Native communities.

On April 30, 2021, $900 million dollars under the American Rescue Plan (ARP) Act was signed by JOE BIDEN on 3/11/2021. (bia.gov)
On June 15, 2021, Congress passed and provided $219.5 million to Native Americans for COVID 19.

In 2021, the American Rescue Plan Act of 2021, allocates $20 billion to tribal governments. One billion dollars went to Indian governments and $19 billion was allocated and determined by the Secretary of Treasury. (www.home.treasury.gov)

The American Rescue Plan provides $350 Billion in emergency Funding For Tribal governments, local, state, and federal. $10 billion For states, territories, and Tribes to provide relief for Home owners assistance Fund.

$21.6 Billion for states, territories, and local governments for Emergency Rental Assistance Program.

$10 Billion to state and tribal nations were provided under STATE SMALL BUSINESS CREDIT INITIATIVE. (home.treasury.gov)

$8 Billion was given to Indian Nations under the CARES ACT FUNDS. (Indian.senate.gov) (5/5/20)

$492 million was given on September 29, 2016 to Native Americans. From the U.S. government mismanagement of funds. 56 million acres of land managed by Department of Interior. Over 100,000 leases of land, housing, timber, Farming, oil, gas, and livestock grazing. Over 250 tribes have assets in the government

$9 Billion is being provided for mandatory funding, more than 2.9 billion in mandatory funding for Health Equity for American Indians and Alaska Natives For 2023 Fiscal year.

$20.2 Billion For HHS early care and education programs, an increase of 3.3 billion from 2021. (whitehouse.gov)

$380 million was given to Native Americans farmers and ranchers on April 20, 2016. (washingtonpost.com)

$380 million was compensated to the tribe's historical losses to its interest income and trust funds. to Osage Tribe of Oklahoma on October 21, 2011.

$3.4 Billion was given to Native Americans in 2016 For a claim in 2009. 1887 Dawes Act was used in this case as allegations of of being cheated out of Decades of income.

7

On Oct 9, 2015, MARK FOGARTY (indian country today.com) documented that $20 Billion was given to Native Americans.

The Cobell settlement was approved by Congress on November 30, 2010 and signed by President Obama on December 8, 2010. $3.4 billion Corbell and $1.9 Billion Trust Land Consolidation, and $1.5 Billion in direct payments.

On 8/24/11, $1.3 Billion was given to Native Americans On 9/24/14, the US paid Navajo Tribe $554 million in a huge settlement on Holy LAND. This as blasphemous and cruel to the PALEO INDIANS.

In 2000 Fisal year, received $8.2 Billion from President Clinton In 2000 Fiscal year, received $9.4 Billion from President Clinton

On September 24 2014 the Navajo has done like they've done with the 1871 Indian Appropriations Act (1871) declared the Indigenous people does not belong to "independent Nations". Many Indigenous people signed treaties on the Holy LAND, America a.k.a, Yahsharel. This land is the Heavenly Father of Heaven and Earth inheritance to us as the sons and daughters OF THE MOST HIGH. THE MOST HIGH PEOPLE are Furious and are demanding everything that was stolen and given on this land to actresses of Mongoloid lineage. We are the Copper Colored Dark people on the pyramids and Mayan Art.

OBAMA said "what matters for more than words, what matters far more than any resolution or declaration, are actions to match those words." "the aspirations it affirms including the respect for the institutions and rich culture of Native people" Obama said in opening the WHITE HOUSE TRIBAL NATIONS CONFERENCE at the Interior Department. (reuters.com) (by Caren Bohan)

I declare on this day the TRUTH AND SOVEREIGNTY OF THE PALEO INDIANS history be restored by DIVINE-Biblical rights.

Over $500 Billion and land, plus rights were given away to Native Americans from 2010-2022 Fiscal years. This is not including the years from 1946-2009. But most important how about being an encaptured people on their own land by perpetrators acting as the Aborigines PALEO HEBRAIC INDIANS OF ANCIENT and DIVINE Rights and Heavenly Origins. We are ROYALTY! THE JEWELS, THE MOORES! The coppered Colored Tutankhamen PEOPLE! THE ABORIGINE INDIAN APOLLO VEFI AND THE ESTUSCAN! WE ARE THE THAT I AM PEOPLE OF THE CREATOR OF HEAVEN EARTH. On this day, all and more have conspired to cover up and deprive the HOLY PEOPLE OF DIVINE RIGHTS. These are the people and organizations.

SMITHSONIAN
BUREAU OF INDIAN AFFAIRS AND THE 574 INDIAN TRIBES
NATIONAL CONGRESS OF AMERICAN INDIANS
NAVAJO NATION
DEPARTMENT OF JUSTICE
DEPARTMENT OF the INTERIOR
DEPARTMENT OF HOMELAND SECURITY
Federal Bureau of Prisons
United States Postal Service
Federal Highway Administration
BUREAU OF LAND MANAGEMENT
NATIONAL FOREST SYSTEM
American Jewish Committee
millions Family Forest owners and family (unknown)
U.S. Immigration and Customs Enforcement
US Department of state's Cultural Heritage Center
US Department of Labor
US Department of Agriculture and US Forest Service
US Department of Health
US CHILD SUPPORT SERVICES (DEPARTMENT OF CSS)
US DEPARTMENT OF DEFENSE
US DEPARTMENT OF EDUCATION
US Customs and Border Patrol Protection
Foreign minister shoukry        et al.
Department of TREASURY             9

All these churches and many other CHRISTIAN SECTS have blasphemed my name and not treated the CHILDREN OF THE LIGHT right. Here is some of those organizations.

Greek ORTHODOX 700 BILLION

THE CHURCH OF JESUS
CHRIST OF LATTER DAY SAINTS 100 BILLION

CATHOLIC CHURCH IN Germany 26. BILLION
CATHOLIC CHURCH IN FRANCE 23 BILLION
CATHOLIC CHURCH IN AUSTRALIA 20.5 BILLION
Seventh Day Adventists 15.6 BILLION
CHURCH OF ENGLAND 11.97 BILLION
CHURCH OF SWEDEN 11.42 BILLION
TRINITY CHURCH 6.0 BILLION
OPUS DEI (part of Catholic) 2.8 BILLION

THE HOLY SEE OR VATICAN has used my name and others to make TBRILLIONS, kill the seed of David, tomb raiders, and land thieves, along with Spainards who are/were the team to start looting America and killing Coppered Colored PALEO INDIANS. I want all my ancestors belongings and want all the money they have in my name. All catholic charities should turn over assets and realize they are held accountable in the Heavens and Earth for not helping the Seed of David but using their history for funding along with thousands of Christian Non profit organizations and profit organization.

THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, MORMONS, withheld my records and are in the Four Corners, of the US States in the South West. They have contained all of the true ancestry documents and birth records of all the so called African American who are really PALEO INDIANS. JEWELS, coppered colored peoples. I am demanding all records be giving to all of the families of the radiant Blemished Bronze, Black and Coppered Colored people of America, descendants ASAP. Curses on all that stole and have stolen and sold this Holy GARDEN OF EDEN, and its people property rights, land, art, religious freedom, culture, wealth, life liberty and happiness

CANNABIS AND MARIJUANA

IN CANNABIS HISTORY: "HOW CANNABIS came to America.",
by Sensi Seeds, com 4/27/2020, it is well documented
we used cannibis before invasion on PALEO INDIAN
lands. We used it in rituals and the seeds of
David are and were locked up for practices passed
down from Forefathers/mothers. This is plain right
out cultural and people genocide that has caused
a spiritual suicide. We were the peaceful PALEO
INDIANS, Sharing Food, building around the world,
a big grape vineyard of Fruit for the World.
Instead the GARDEN OF EDEN (AMERICA) is
among impostors. Mongolloid / Siberian retrieve
and articulated food tecnology through US. The Best
and most fruits were found IN AMERICA'S landmasses.
The GARDEN OF EDEN had the best cannabis plants and Grapes for WINE
I CAN MAKE AND HAVE MADE WATER INTO WINE.


I am asking for the release of all men of
the real Yasharel (Israel) Jewels, to be released from
prison of any cannabis charges OR convictions are
present.
I ask for the release of KENTAY THOMAS, A son of David.
I ask for the release of OTHAL Ozone Wallace
who allegedly or was documented to kill a Florida cop.
Othal Ozone Wallace is on the land of his
Forefathers and mothers. Upon knowing who we
are, I ask for the Department of JUSTICE to investigate,
and if by divine right, tell the truth by HEAVEN
and Earth that the cop did all proper procedures
and had the right identity of the person. I've been a
Multiple victum of police brutality, so I know what they do.
I ask for all the people to be judged by the seed of David
for their land who are wrongfully accused.  12

My bloodline is before ADAM. I AM THAT I AM that now. With my bloodline divided and shared amongst the Nations, I would like any and all escheat escrow accounts that are foreign to be claimed by my name as a heir and beneficiaries of the True seed of David and his only begotten son, Emmanuel, KINGS OF KINGS LORDS OF LORDS, I would like the Vatican and Pope assets taken from the World's pyramids to be given back to my people. All so called white people are not white, but light tan. Only white is Light from the SUN. The Pope is not my friend as he has "VICAR OF CHRIST" on his head dress. The Coppered Colored PALEO INDIANS were friendly people and taught the World about Farming and agriculture. Yet, we are treated like dust on our own land due to systematic racism, culture misappropriation by impostors. and our religious practices sought as Foreigners. This allowed for my people items and gold to be sold at the 1893 World Fair. WE KNOW! I DEMAND AND DECLARE, ALL PUNITIVE and IMPUNITIVE remedies be made as exigent as possible. Upon my evidence of my lineage, I am declaring my people sovereignty on this land of America and for the other 5% INDIANS to relinquish all businesses, trust accounts, land, and property rights. This is Negroid LANDS of Coppered Colored people and judgement is set and my answer is "Yea" that we are the people of THE HOLY BOOKS.

OPERATION MUMMY CURSE has stolen so much out of this land. The same is Senators, House of Representatives, Congress, US President JOE BIDEN, Vice President Kamala Harris, etc who signed for these bills recently can support the release of this over night. Would like for the attorney MELODY McCOY, to represent me as she is working for impostors.

Sincerely, Jamell Malone

Jamell Malone
PO BOX 29194
CHICAGO, IL 60629

9/8/2023

SHALOM/SALMON.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To establish that the AMERICAN NEGRO are the PALEO INDIAN NEGROES like the pyramid around America, money, land right, and enforce the law rightful owners the JENTLES, Everything that was taken away from us to Native Americans restored.

VI.    The plaintiff demands that the case be tried by a jury.   ☐ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___8th___ day of ___Sept___, 20_23

_____

_____

(Signature of plaintiff or plaintiffs)

_____

(Print name)

_____

(I.D. Number)

_____

_____

(Address)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



**Archives**

HOME   SEARCH   TREES   DISCOVERIES   COLLECTIONS   CERTIFICATES

← RECORD

## Tio Egypt

**TIO WAS...**

Born
Thebes, Alexander, Illinois, United States

Married
Egypt

Dead
Thebes, Alexander, Illinois, United States

**TIO'S FAMILY...**

Parents
Tuthmosis Egypt • Hatshepsut Maatkare Egypt

Spouse
Amenhotep Pharoah Egypt

Children
Senusret Pharoah Egypt • Pharoahtuthmosis Egypt • Senusret I Pharoah

Search...





4:40 PM Fri Apr 7

Reader View Available

rchives

□ SAVED

ME   SEARCH   TREES   DISCOVERIES   COLLECTIONS   CERTIFICATES

← RECORD

Q EDIT SEARCH

# Tetisheri Hyksos

☐ SAVE   🖨 PRINT

## TETISHERI WAS...

Born
Thebes, Alexander, Illinois, United States

Dead
Thebes, Alexander, Illinois, United States

## TETISHERI'S FAMILY...

Parents
Kahyan Hyksos · Inyotef Vii Sekhemre

Spouse
Apepi I Hyksos · Apepi I Auserre Hyksos

Children
Apepi Agen En Re Hyksos · Khakhaure Senusret · Heka Khawst Anather

 Q Search...      

Treasures in America



Underground Egyptian City In The Grand
Canyon | Treasures In America



 



 

1:06 PM Tue Apr 18

Q 🔒 tenoch

📶 97%



f Aztlan) - Rodovid EN

Visit

ıbject to copyright. **Learn More**

Q Search...

# Archives

☐ SAVE

HOME    SEARCH    TREES    DISCOVERIES    COLLECTIONS    CERTIFICATES

← RECORD

  Q EDIT SEAR



# Azna Goddess

☐ SAVE | 🖶 PRINT

## AZNA WAS...

**Born**
Heaven, The Spririt World

**Dead**
Dies, Westerwaldkreis, Rheinland-Pfalz, Germany

## AZNA'S FAMILY...

Spouse
Om El Jehovah God

Children
Eve First • Adam First Man Ha Adam • Adam Ben Jehovah God Lived Yea
• Eve Beginning • Adam First Man • Eve Chavvah First • Eva Ben • Eve Fir
Woman • Eve Matriarch • First Man Adam • Adam Haadam First Man

Case: 1:23-cv-08188 Document #: 1 Filed: 09/08/23 Page 34 of 82 PageID #:34

# Archives®

← **RECORD**

## Semel Ben Joseph

### SEMEL WAS...

Born
Yerushalayim, Israel

Dead
Yerushalayim, Israel

### SEMEL'S FAMILY...

Parents
Joseph Josech Ben Judah • Azubah Bint Shilhi Queen Judah

Spouse
Anna Bas High Priest Prophetess Joseph

Children
Mattathias Ben Semel • Mattathias Ben Semel Damaris Bas Simon Ha Kohen • Abrahamic
Mattathias Maccabeus Ben Amos Ha-David • Mattathias Judea

1/6/23, 4:12 PM

2:18 AM  Sat Apr 9                                                                                                    📶 45% 🔋

🔒 archives.com

## Archives                                                                    📁 SAVED  |  ⊛

17

HOME   SEARCH   TREES   DISCOVERIES   COLLECTIONS   CERTIFICATES

🔍 EDIT SEARCH



# Elohim God Israel God

✓ SAVED   🖨 PRINT

### ELOHIM GOD ISRAEL WAS...

Born
Heaven, The Spririt World

Dead
Omega

### ELOHIM GOD ISRAEL'S FAMILY...

Spouse
Azna Goddess

Children
Eve Chavvah First • Eve Created By Jehovah God • Eve Eden • Adam First
Man

  

✓ SAVED        🖨 PRINT

## Archives



# Anoe Ben Ansjar



☐ SAVE    🖨 PRINT

**ANOE'S FAMILY...**

Spouse
Antoe Nammu Bint Ansjar

Children
Enki Ben Anoe God Almighty

☐ SAVE

🖨 PRINT

## Archives

# Archives



⊟ SAVE

HOME   SEARCH   TREES   DISCOVERIES **17** COLLECTIONS   CERTIFICATES

Q EDIT SE



# Antoe Ansjar

⊟ SAVE   🖶 PRINT

## ANTOE'S FAMILY...

Spouse
Anoe Ben Ansjar

Children
Enki Ben Anoe God Almighty • Adam Ben Enki

 SAVE    PRINT

rchives



)ME    SEARCH    TREES    DISCOVERIES  ⑤  COLLECTIONS    CERTIFICATES

– RECORD

Q ED



# Tetisheri Hyksos

📁 SAVE    🖶 PRINT

## TETISHERI WAS...

Born
Thebes, Alexander, Illinois, United States

Dead
Thebes, Alexander, Illinois, United States

## TETISHERI'S FAMILY...

Parents
Kahyan Hyksos · Inyotef Vii Sekhemre

Spouse
Apepi I Hyksos · Apepi I Auserre Hyksos

Children
Apepi Agen En Re Hyksos · Khakhaure Senusret · Heka Khawst An



## Archives

HOME  SEARCH  TREES  DISCOVERIES ⑤ COLLECTIONS  CERTIFICATES

← RECORD                                                    Q  EDIT



# Eliazer Ben Joram



✓ SAVED    🖶 PRINT

## ELIAZER WAS...

Born
BC, Jerusalem, Judah, Israel

Dead
Kingdom, Bibb, Alabama, United States

## ELIAZER'S FAMILY...

Parents
Jorim • Miryam Bat Shlomo

Spouse
Eliezer Bint Yehoshua

Children
Jose Ben Eliazer • Jose Joshua Ben Eliezer





← **RECORD**

ᴘ ᴜ ᴄ ᴜ ᴠ ᴄ ᴜ

# Rehoboam Delarochelle

**REHOBOAM WAS...**

**1525**
Born
1525 · Yerishalym (Jerusalem), Israel

**1575**
**Age 50**
Married
1575 · Jerusalem, Israel

Dead
Jerusalem, Judah, Israel

**REHOBOAM'S FAMILY...**

Parents
Solomon Ben David King Israel · Macaah Machaiah Bint Abishalom Gibeah

Spouse
Mahalath Macaah Bint Abishalom Gibeah Uriel Ha David

Children
Dumont Rochelle · Joseph Ben Judah · Boaz Ben Salmon Judah Israel · Rehoboam Rochelle · Abijah King Judah







1/6/23, 4:08 PM











1:00 AM Sun May 29 32%

Photos

Years Months Days All Photos

Select

Apr 9, 2022

Married
Greece

Dead
Greece

DINO'S FAMILY...

Parents
Phorcus Titan • Ceto Keto Immortal

Spouse
Zeus Olympian

EDIT SEARCH

Zeus Olympian • Maia Shared Pleiades

SAVE PRINT

Home | Collections | About Us | Sitemap | Privacy | Terms | CCPA Notice at Collection | Help | Sign Out

Archives

EDIT SEARCH

Mercy Chan

Bayern, Germany

MAIA'S FAMILY...

Spouse
Zeus Olympian

Children
Aeacus Epirus • Tantalus Troy King Phrygia • Epaphus King • Persephone Troy • Orseis Ninfa • Perseus Eurymedon Founder Mycenae • Hermes Messenger God Olympian • Arcas Mythology • Pelasgos King Arcadia • Lacedaemon King Lacedaemon Founder Sparta • Apollo

EDIT SEARCH

## Phorcus Titan

SAVE PRINT

PHORCUS WAS...

Born
Greece

Dead
Ancient Greece

PHORCUS'S FAMILY...

Parents
A Titan Tethys

SAVE PRINT

EDIT SEARCH

## Orseis Ninfa

SAVE PRINT

ORSEIS WAS...

Born
Greece

Married
Greece

Dead
Greece

ORSEIS'S FAMILY...

Parents
Zeus Olympian • Dino Deino

Spouse
Hellen King Hellenes

Children

EDIT SEARCH

## Héllen King Thessaly

SAVED PRINT

HÉLLEN WAS...

Born
Hellas, Thessaly, Greece

Married
Greece

Dead
Greece

HÉLLEN'S FAMILY...

Parents
Deucalion Survivor Flood • Pyrrha Pthia

Spouse
Orseis Ninfa • Orseis Ninfa

Children

EDIT SEARCH

## Deucalion Survivor Flood

SAVE PRINT

DEUCALION WAS...

Born
1550

Married
Greece

Dead
Pthia, Greece

DEUCALION'S FAMILY...

Parents
Prometheus I Titan • Clymene Oceanid

Spouse
Pyrrha Pthia

Children

EDIT SEARCH

## Clymene Oceanid

SAVE PRINT

CLYMENE WAS...

Born
Mount Olympus, Greece

Dead
Greece

CLYMENE'S FAMILY...

Spouse
Prometheus I Titan

Children
Deucalion Survivor Flood • Deucalion Thessaly • Epimentheus Titan

SAVE PRINT

EDIT SEARCH

## Prometheus Titan

SAVE PRINT

PROMETHEUS WAS...

Born
Greece

Dead
Greece

PROMETHEUS'S FAMILY...

Parents
Iapetus Titan Mortality Titans • Clymene Oceanid

Spouse
Clymene Oceanid

Children
Deucalion Survivor Flood • Deucalion Thessaly

EDIT SEARCH

## Iapetus Titan

SAVED PRINT

IAPETUS WAS...

Born
Greece

Married
Greece

Dead
Greece

IAPETUS'S FAMILY...

Parents
Uranus Sky Ouranos Struler GOD Universe • Gaia Earth Goddess

Spouse
Clymene Oceanid

EDIT SEARCH

## Atlas

SAVE PRINT

ATLAS WAS...

Born
, , British Columbia, Canada

Dead
, , British Columbia, Canada

ATLAS'S FAMILY...

Parents
Iapetus Oneofthetitans • Clymene Nymph

Spouse
Pleione Oceanide • Pleione Oceanid

Children
Taygete Pleiade • Electra Pleiade • Maia Pleiade • Electra One Pleiades •

EDIT SEARCH

## Clymene Nymph

SAVE PRINT

CLYMENE WAS...

Born
Greek Mythology

CLYMENE'S FAMILY...

Spouse
Iapetus Oneofthetitans

Children
Atlas

SAVE PRINT

EDIT SEARCH

## Electra One Pleiades

## Calcol Irish

## Electra Atlantiden

1:00 AM Sun May 29 33%

Photos Years Months Days All Photos Select

Apr 9, 2022

British Columbia, Canada

Rameses, Goshen, Egypt

ELECTRA ONE'S FAMILY...

Parents
Atlas Epher Titan Strength • Pleione Oceanide

Spouse
Mahol Zerah Ben Judah

CALCOL'S FAMILY...

Parents
Mahol Zerah Ben Judah • Electra Atlantiden

SAVED PRINT

Dead
Rameses, Goshen, Egypt

ELECTRA'S FAMILY...

Parents
Atlas Epher Titan Strength • Pleione Oceanide

Spouse
Mahol Zerah Ben Judah

EDIT SEARCH

## Atlas

SAVED PRINT

ATLAS WAS...

Born
Mount Olympus, Greece

Dead
Mount Olympus, Greece

ATLAS'S FAMILY...

Parents
Iapetus Titan Mortality • Clymene Oceanid

Spouse
Pleione Oceanide • Pleione Oceanid

Children
Electra Pleiade • Maia Mayor Gelas Pleyades • Taygete Pleiade • Electra Atlantiden • Maia Pleiade • Maia Oldest Pleiade • Maia Spring Goddess

## Iapetus Titan

SAVED PRINT

IAPETUS WAS...

Born
Greece

Married
Greece

Dead
Greece

IAPETUS'S FAMILY...

Parents
Uranus Sky Ouranos Struler GOD Universe • Gaia Earth Goddess

Spouse
Clymene Oceanid

## Amythaon Iolcus

SAVE PRINT

AMYTHAON WAS...

Born
Pylos, Messene, Peloponnisos, Greece

Married
Greece

Dead
Greece

AMYTHAON'S FAMILY...

Parents
Cretheus King Iolcus • Tyro Thessaly

Spouse
Idomene Argos Pherae

EDIT SEARCH

## King Melampus Argos

SAVE PRINT

KING MELAMPUS WAS...

Born
Argos, Argolis, Peloponnisos, Greece

Married
Argolis, Greece

Dead
Argos, Argolis, Peloponnisos, Greece

KING MELAMPUS'S FAMILY...

Parents
Amythaon Iolcus • Idomene Argos Pherae

Spouse
Iphianira Argos • Iphianeira

## Iphianira Argos

SAVE PRINT

IPHIANIRA WAS...

Born
Argos, Argolis, Greece

Married
Argolis, Greece

Dead
Argos, Argolis, Peloponnisos, Greece

IPHIANIRA'S FAMILY...

Parents
King Megapenthes Argos • Alectos Elis

Spouse
King Melampus Argos Seer Soothsayer Healer

HOME SEARCH TREES DISCOVERIES COLLECTIONS CERTIFICATES

## Alectos Elis

SAVE PRINT

ALECTOS WAS...

Born
Greece

Dead
Greece

ALECTOS'S FAMILY...

Parents
Alector Elis

Spouse
King Megapenthes Argos

Children
Iphianira Argos • Iphianeira

HOME SEARCH TREES DISCOVERIES COLLECTIONS CERTIFICATES

EDIT SEARCH

## Anaxiroe Corinth

SAVE PRINT

ANAXIROE WAS...

Born
Greece

Married
Greece

Dead
Greece

ANAXIROE'S FAMILY...

Spouse
Epeios Elis

Children
Alector Elis • Hyrmina

## Shechem Hivite In Canaan

PRINT

SHECHEM WAS...

Born
Canaan

Dead
Killed by Simeon and Levi three days on for raping their sister and killing all the town males

SHECHEM'S FAMILY...

Parents
Hamor Ben Hivi • Zeresh

Spouse
Dinah Jacob

Children
Asenath Bint Shechem • Asenath Osnat • Shaul Ben Shechem Hivie

## Shaul Ben Shechem Hivie

PRINT

SHAUL BEN WAS...

Born
Shechem, Canaan

Dead
Shechem, Canaan

SHAUL BEN'S FAMILY...

Parents
Shechem Ben Hivite • Dinah Bint Jacob

SUBMIT

EDIT SEARCH

## Asenath Bint Shechem

SAVE PRINT

## Maachah Bat Ir

SAVE PRINT

## Maachah Bat Ir

SAVE PRINT

1/6/23, 4:08 PM

89EA6259-66F8-4C37-99AE-44B1D2A6FE15.png



89EA6259-66F8-4C37-99AE-44B1D2A6FE15.png



Case: 1:23-cv-08188 Document #: 1 Filed: 09/08/23 Page 54 of 82 PageID #:54

# Archives®

← **RECORD**

## Olmstead Hutcherson

**EDUCATION** 

### OLMSTEAD WAS...

**1930**
Born
August 7 1930 · Pulaski, Pulaski, Illinois, USA

**1998**
**Age 68**
Dead
January 12 1998 · Chicago, Cook, Illinois, USA

### OLMSTEAD LIVED...

**1940**
**Age 10**
Pulaski, Pulaski, Illinois

### OLMSTEAD'S FAMILY...

Parents
Olmstead Hutcherson · Birdie Hunt Hutcherson

### RECORDS

MILITARY ◄    DEATH ◄    OTHER ◄

Age 34

**1940**
Age 54    Common Laborer

**1950**
Age 64    Farm Hand · Farm

## OLMSTEAD LIVED...

**1910**
Age 24    Pulaski, Pulaski, Illinois

**1920**
Age 34    Pulaski, Pulaski, Illinois

**1940**
Age 54    Pulaski, Pulaski, Illinois

**1950**
Age 64    Pulaski, Pulaski, Illinois

## OLMSTEAD'S FAMILY...

Parents
Matt Hutcherson · Nora Thomas Hutcherson

Spouse
Birdie Hunt Hutcherson

Children
Jessie Marie Hutcherson Nelson Spann · Olmstead Hutcherson · Candy Marie Hutcherson Avington · Orean Hutcherson · Mary Elizabeth Hutcherson · Jerolette Hutcherson · Fannie Mae Hutcheson · Ealeen Hutcherson · Augusta Hutcherson · Leonard T Hutcherson · Rudolph Hutcherson · LIZZIE HUTCHESON · CANNIE HUTCHISON

## RECORDS

| 1930 CENSUS ◀ | 1940 CENSUS ◀ | 1910 CENSUS ◀ | 1930 CENSUS ◀ | DEATH ◀ | DEATH ◀ |

| DEATH ◀ | DEATH ◀ |

# Archives·

← RECORD

## Birdie Hunt Hutcherson

Description
## Migrant from Tennessee

Dates
## 1910-1940

Total migrants
## more than 1.3 million

**WOMAN IN THE WORKFORCE**  **EDUCATION** 

## BIRDIE WAS...

**1889**
Born
Aug 1889 · Jackson, Madison, Tennessee, USA

**1907**
Age 18
Married
22 Apr 1907 · Obion, Tennessee, USA

**1966**
Age 77
Dead
March 13 1966 · Chicago, Cook, Illinois, USA

## BIRDIE WORKED...

**1900**
Age 11
Farm Laborer

# Archives·

← RECORD

## Olmstead Hutcherson

Description
Migrant from Tennessee

Dates
1910-1940

Total migrants
more than 1.3 million

**EDUCATION** 

**OLMSTEAD WAS...**

**1886** Born
July 18 1886 · Jackson, Madison, Tennessee, USA

**1907** Married
**Age 21** April 22 1907 · Obion, Tennessee, USA

**1965** Dead
**Age 79** August 1965 · Chicago, Cook, Illinois, USA

**OLMSTEAD WORKED...**

**1910** Laborer · Rail Road
**Age 24**

**1920** Section hand · Rail Road

Age 34

**1940**
Age 54    Common Laborer

**1950**
Age 64    Farm Hand · Farm

## OLMSTEAD LIVED...

**1910**
Age 24    Pulaski, Pulaski, Illinois

**1920**
Age 34    Pulaski, Pulaski, Illinois

**1940**
Age 54    Pulaski, Pulaski, Illinois

**1950**
Age 64    Pulaski, Pulaski, Illinois

## OLMSTEAD'S FAMILY...

Parents
Matt Hutcherson · Nora Thomas Hutcherson

Spouse
Birdie Hunt Hutcherson

Children
Jessie Marie Hutcherson Nelson Spann · Olmstead Hutcherson · Candy Marie Hutcherson Avington · Orean Hutcherson · Mary Elizabeth Hutcherson · Jerolette Hutcherson · Fannie Mae Hutcheson · Ealeen Hutcherson · Augusta Hutcherson · Leonard T Hutcherson · Rudolph Hutcherson · LIZZIE HUTCHESON · CANNIE HUTCHISON

**RECORDS**

1920 CENSUS ◀   1940 CENSUS ◀   1910 CENSUS ◀   1960 CENSUS ◀   DEATH ◀   DEATH ◀

DEATH ◀   DEATH ◀

# Archives®



← **RECORD**

## Nora Thomas

Description
Migrant from Tennessee

Dates
**1910-1940**

Total migrants
more than 1.3 million

**WOMAN IN THE WORKFORCE**

 **EDUCATION**



### NORA WAS...

| | | |
|---|---|---|
| **1865** | Born | June 1865 · Jackson, Madison County, Tennessee, United States of American |
| **1884**<br>Age 19 | Married | December 25 1884 · Jackson, Madison, Tennessee, USA |
| **1954**<br>Age 89 | Dead | July 14 1954 · Pulaski, Pulaski County, Illinois, United States of America |

### NORA WORKED...

| | | |
|---|---|---|
| **1880**<br>Age 15 | Works On Farm | |

Case: 1:23-cv-08188 Document #: 1 Filed: 09/08/23 Page 62 of 82 PageID #:62
Nora Thomas's Story

MARRIAGE ◄   CEMETERY ◄

Case: 1:23-cv-08188 Document #: 1 Filed: 09/08/23 Page 63 of 82 PageID #:63

# Archives·

← **RECORD**

## America Jackson

**AMERICA'S FAMILY...**

Spouse
Matt Hutcherson

# Archives

← RECORD

## Harrison Thomas

Description
### Works On Farm in

Women doing paid work in 1940
### 25.7%

Median annual wage
### Women: $592 Men: $956

**HARRISON WAS...**

**1836**
Born
Abt 1836 · Tennessee

**1883**
**Age 47**
Married
12 Nov 1883

**HARRISON WORKED...**

**1880**
**Age 44**
Farming

**HARRISON LIVED...**

**1860**
**Age 24**
District 14, Wilson, Tennessee

**1880**
**Age 44**
District 10, Madison, Tennessee

**HARRISON'S FAMILY...**

Parents
George Henry Thomas · Frances Lucretia Kellogg

Spouse
Rhoda Sowell

Children
Nora Thomas Hutcherson · Arburnia Bunch Thomas Spates Mathis · Mary Thomas · Robert Thomas · Louis Thomas · Della Thomas · Hugh Jackson Thomas · Ellen M Thomas · Andrew J Drew Thomas · Susan Thomas · Georgia Thomas · Henry Thomas · William Coach · Evey Coach

**RECORDS**



← **RECORD**



# George Henry Thomas

## GEORGE HENRY WAS...

**1816**
Born
1816-07-31 • Newsoms,Southampton County,Virginia,United States of America

**1852**
Age 36
Married
17 Nov 1852 • Troy, Rensselaer, New York, United States

**1870**
Age 54
Dead
28 mar 1870 • San Francisco, San Francisco, California, USA

## GEORGE HENRY WORKED...

**1850**
Age 34
Major Us Army • Federal Public Administration

## GEORGE HENRY LIVED...

**1850**
Age 34
Caloosahatchie, Monroe, Florida

## GEORGE HENRY'S FAMILY...

Parents
John C Thomas • Elizabeth Rochelle

Spouse
Frances Lucretia Kellogg

Children

# Archives®

## John C Thomas

### JOHN C WAS...

**1779**
Born
1779 · Virginia, United States

**1808**
Age 29
Married
9 FEB 1808 · St Lukes Parish, Virginia, United States

**1829**
Age 50
Dead
20 Apr 1829 · Southampton, Virginia, United States

### JOHN C'S FAMILY...

Parents
William Thomas · Elizabeth Gurling

Spouse
Elizabeth Rochelle

Children
George Henry Thomas · Benjamin Roberts Thomas · Judith Elvira Thomas · Francis C Thomas · Lucy R Thomas · John William Thomas · Ann Wright Thomas · Juliette Thomas · Peleg Thomas · Francis Elizabeth Thomas · Ann Thomas · Juliett Thomas · Benjamin Thomas · Mary Lelia Thomas · John W Thomas · Elizabeth Thomas

### RECORDS

# Archives·

← RECORD

## Elizabeth Rochelle

**ELIZABETH WAS...**

**1784**
Born
1784 · Southampton, Virginia, United States

**1808**
Age 24
Married
9 Feb 1808 · St Lukes Parish, Virginia, United States

**1844**
Age 60
Dead
1844 · Southampton County, Virginia, USA

**ELIZABETH'S FAMILY...**

Parents
John Rochelle · Judith Gilliam

Spouse
John C Thomas

Children
George Henry Thomas · Benjamin Roberts Thomas · Judith Elvira Thomas · Anne Wright Thomas · John Charles William Howell Thomas · Francis C Thomas · Lucy R Thomas · Peleg Thomas · Elizabeth Thomas · Juliett Thomas Researching · Benjamin Thomas · Mary Lelia Thomas · John W Thomas

**RECORDS**



# Archives·

← RECORD

## John Rochelle

### JOHN WAS...

**1746**
Born
26 SEP 1746 · Albermarle, Sussex, Virginia, USA

**1767**
**Age 21**
Married
1767 · Southampton, Virginia, United States

**1794**
**Age 48**
Dead
21 Mar 1794 · Southampton Co., Va.

### JOHN'S FAMILY...

Parents
John Rochelle Rachel Mispell · Mary Gilliam

Spouse
Judith Gilliam

Children
Elizabeth Rochelle · James Henry Rochelle Clerk · Mary E Polly Rochelle · William L Rochelle ·
Benjamin Rochell · Lucy C Rochelle · Clement Rochelle · Levy Rochelle · John Rochelle

### RECORDS

# Archives·



## John Rachel Rochell

### JOHN RACHEL WAS...

**1710**   Born
        1710 · Surry, Surry, Virginia, United States

**1745**   Married
Age 35   BEF 1745 · ,Surrey Cty.,Va.

**1759**   Dead
Age 49   21 Sep 1759 · Sussex, Sussex, Virginia, United States

### JOHN RACHEL'S FAMILY...

Parents
George Xavier Derochelle · Elizabeth Rogers

Spouse
Mary Gilliam

Children
Hinchia Hinchy Rochelle · John Rochelle · Sealah Rochell · Jemima Rochelle · Levi Rochelle ·
Mary Rochell · Mary Rochelle · Nathaniel Rochell · Nathaniel Rochelle · Mary Ann · Mary Ann
Rochell

### RECORDS



Case: 1:23-cv-08188 Document #: 1 Filed: 09/08/23 Page 71 of 82 PageID #:71

# Archives®

← **RECORD**

## John Rachel Rochell

### JOHN RACHEL WAS...

**1710**
Born
1710 • Surry, Surry, Virginia, United States

**1745**
Age 35
Married
BEF 1745 • ,Surrey Cty.,Va.

**1759**
Age 49
Dead
21 Sep 1759 • Sussex, Sussex, Virginia, United States

### JOHN RACHEL'S FAMILY...

Parents
George Xavier Derochelle • Elizabeth Rogers

Spouse
Mary Gilliam

Children
Hinchia Hinchy Rochelle • John Rochelle • Sealah Rochell • Jemima Rochelle • Levi Rochelle • Mary Rochell • Mary Rochelle • Nathaniel Rochell • Nathaniel Rochelle • Mary Ann • Mary Ann Rochell

### RECORDS



# Archives·

## George Xavier Derochelle

**GEORGE XAVIER WAS...**

**1640**  Born
1640 · St Peters, New Kent, Virginia, United States

**1680**  Married
Age 40  1680 · Virginia, United States

**1760**  Dead
Age 120  1760 · Surry, Surry, Virginia, United States

**GEORGE XAVIER'S FAMILY...**

Parents
Ralph Austin Rochelle · Elizabeth Rogers Rochelle

Spouse
Elizabeth Rogers

Children
Frances Derochelle · Elizabeth Frances Derochelle Austin · Frances Austin · Frances Rochelle · Rebecca Austin-Derochelle · George Rochelle

# Archives·

← RECORD

## Ralph Rochelle

**RALPH WAS...**

**1617**
Born
13 Janvier 1617 · Le Ferré, Ille-et-Vilaine, Bretagne, France

**1645**
Age 28
Married
1645

**1679**
Age 62
Dead
4 Aug 1679 · , Surry, Virginia, USA

**RALPH'S FAMILY...**

Parents
Dumont Rochelle · Noelle Rochelle Barree

Spouse
Elizabeth Rogers Rochelle

Children
George Xavier Derochelle · Ralph Rochelle · William Rochell · John Rotchel Rochelle · Robert Derochelle · George Rachel · Ralph Dumont Derochelle · George Rochell

# Archives·

← RECORD

## Dumont Rochelle

### DUMONT WAS...

**1575**
Born
1575 · Kitterminster, England

**1615**
**Age 40**
Married
1615 · Verdun, Saône-et-Loire, Bourgogne, France

**1625**
**Age 50**
Dead
1625 · Verdun, Saône-et-Loire, Bourgogne, France

### DUMONT'S FAMILY...

Parents
Rehoboam Rochelle · Mahalath Macaah Bint Abishalom Gibeah Uriel Ha David

Spouse
Noelle Rochelle Barree

Children
Ralph Austin Rochelle · George Xavier Rochelle · George Xavier Derochelle · James Rochell · John Edward Rochell · William Rochell

← **RECORD**



# Boaz Ben Salmon Judah Israel

**BOAZ BEN SALMON WAS...**

Born
Judea

Dead
Judea

**BOAZ BEN SALMON'S FAMILY...**

Parents
Rehoboam Rochelle · Mahalath Macaah Bint Abishalom Gibeah Uriel Ha David

Children
Semel Ben Joseph · Obed Ben Boaz

← RECORD

Archives

# Abijah King Judah

## ABIJAH WAS...

Born
Jerusalem, Israel

Dead
Jerusalem, Israel

## ABIJAH WORKED...

**1881**     Carpenter

## ABIJAH LIVED...

**1881**     Hamlet, London

## ABIJAH'S FAMILY...

Parents
Rehoboam Rochelle • Ana I Naphalite

Spouse
Ana I Naphalite

Children
Asa Ben Abijah Judah • Asa King Judah • Asa Judah Ben Abijah Ha David • Asa Konig Vonjudah • Joseph Josech Juda Ben Judah Joda • Jeremiah Hilkiah Judah • Jonna Jannai Ben Joseph Yosef Ha-David

# hives



⋮ SEARCH   TREES   DISCOVERIES   COLLECTIONS   CERTIFICATES

ECORD

 Q EDIT SEARCI



# Rehoboam Ben Solomon Ha David Delarochelle

✓ SAVED   🖶 PRINT



## EHOBOAM BEN SOLOMON HA DAVID WAS...

**1505**

Born
1505 · Rochelle, France

**1565**
Age 60

Dead
10 October 1565 · Beaufort, Maine-et-Loire, Pays de la Loire, France

## EHOBOAM BEN SOLOMON HA DAVID'S FAMILY...

)ouse

Iacaah Bint Abishalom Gibeah Uriel Ha David · Mahalath Macaah Bint bishalom Gibeah Uriel Ha David

iildren
ehoboam Rochelle · Abijah Abijam Ben Rehoboam

# Archives·

← RECORD

## Rehoboam Delarochelle

### REHOBOAM WAS...

**1525**
Born
1525 · Yerishalym (Jerusalem), Israel

**1575**
**Age 50**
Married
1575 · Jerusalem, Israel

Dead
Jerusalem, Judah, Israel

### REHOBOAM'S FAMILY...

Parents
Solomon Ben David King Israel · Macaah Machaiah Bint Abishalom Gibeah

Spouse
Mahalath Macaah Bint Abishalom Gibeah Uriel Ha David

Children
Dumont Rochelle · Joseph Ben Judah · Boaz Ben Salmon Judah Israel · Rehoboam Rochelle · Abijah King Judah

# Archives·

← RECORD

## James Albert King

### JAMES ALBERT WAS...

**1864**     Born
        DEC 1864 · Ohio

**1895**     Married
Age 31   20 Aug 1895 · Henry, Georgia, USA

**1933**     Dead
Age 69   17 NOV 1933 · Stockbridge, Henry, GA

### JAMES ALBERT WORKED...

**1880**
Age 16   Works In Farm

**1900**
Age 36   Day Laborer

**1900**
Age 36   Day Laborer

**1910**
Age 46   Farmer · General Farm

**1920**
Age 56   Farmer gen Fam

### JAMES ALBERT LIVED...

# Archives·

← RECORD

## Nathan Ben David

### NATHAN WAS...

Born
Bethleem, Israel

### NATHAN'S FAMILY...

Parents
David Ben Jesse King Israel

Children
Mattatha Ben Nathan

Case: 1:23-cv-08188 Document #: 1 Filed: 09/08/23 Page 81 of 82 PageID #:81

← RECORD

Archives

# Solomon King Israel

## SOLOMON WAS...

Born
United States

## SOLOMON'S FAMILY...

Parents
David Ben Jesse Isreal • Bathsheba Bathshua Eliam

Spouse
Naamah Bat Hanun Ammonitess

Children
Rehoboam Rochelle • James Albert Jim King

← RECORD

Archives

# David King Israel

**DAVID WAS...**

Born
Bethlehem, Judea, Israel

Married
Jerusalem, Israel

Dead
Jerusalem, Israel

**DAVID'S FAMILY...**

Parents
Jesse Ben Obed Efrathischen · Abala Israel

Spouse
Bathsheba Bathshua Eliam

Children
Solomon Ben David King Israel · Solomon Ben David · Nathan · Abasalam Ben David ·
Nathan Ben David · Absalam David · Salmon Solo King · Shammuah Ben David · Shephatiah
Ben David · Amnon Ben David · Amnon Eldest Ben David · Adonijah Ben David · Tamar Israel
· Eliada Ben David · Ithream Ben David · Amnon . · Daniel Ben David · Solomon